UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2019 SEP -4 PM 1:41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. |
| ERIC MOORE, | ) | 1:19-cr-0286 TWP-DLP |
| Defendant. | ) | |

**INDICTMENT**

Unlawful Possession of a Firearm by a Convicted Felon
[18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about February 21, 2019, within the Southern District of Indiana, ERIC MOORE, the defendant herein, knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

Dealing in a Narcotic Drug, a felony offense, in Marion County, Indiana, cause number 49G20-0405-FA-093133 on or about April 19, 2005 and/or;

Possession of Narcotic Drugs and/or Alteration of Handgun Identifying Marks, felony offenses, in Marion County, Indiana, cause number 49G06-9811-CF-176192 on or about November 11, 1998 and/or;

Criminal Recklessness, a felony offense, in Marion County, Indiana, cause number 49F15-9606-DF-076927 on or about August 27, 1997;

knowingly possessed in and affecting interstate commerce a firearm, to wit: an Arminius, Model HW3 .22 LR caliber revolver, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. The allegations in this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in this indictment, ERIC MOORE, the defendant herein, shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, ammunition or magazine involved in or used in the offense of which he is convicted.

A TRUE BILL:

JOSH J. MINKLER
United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney